IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ORVILLE ROCAFORT, et al.
_____
Plaintiff(s)

v.

IBM CORPORATION
_____
Defendant(s)

Civil No. 98-1968 (SEC)

RECEIVED & FILED
99 DEC 15 AM 7:38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## DESCRIPTION OF MOTION

DATE FILED: 8/3/99   DOCKET #: 16   TITLE:

[ ] Plaintiff(s)   [ ] Third Party Defendant(s)

[ ] Defendant(s)

Joint Motion Requesting Extension of Time to Complete Discovery

DISPOSITION:

[X] GRANTED           [ ] DENIED

[ ] NOTED             [ ] MOOT

## COMMENTS

_____
_____
_____
_____
_____
_____

(3)

December 13, 1999
_____
DATE

_____
SALVADOR E. CASELLAS
United States District Judge

18