# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

ORVILLE ROCAFORT, et al.
    Plaintiffs

            v.

IBM CORPORATION
    Defendant

**Civil No. 98-1968(SEC)**
Disability Discrimination



## O R D E R

| MOTION | RULING |
|---|---|
| **Docket # 17**<br>"Motion Informing Deposition Schedule and Requesting Extension of Time to Complete Discovery and to File Motions for Summary Judgment" | **Granted** as requested. However, counsel are instructed to comply with their proposed schedule, as no further extensions of time will be granted, except upon a showing of good cause. |

DATE: December *30*, 1999

SALVADOR E. CASELLAS
United States District Judge



