UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ORVILLE ROCAFORT, et al.
   Plaintiffs

       v.                 Civil No. 98-1968(SEC)

IBM CORPORATION
   Defendant



## ORDER

| MOTION | RULING |
| --- | --- |
| **Docket # 20**<br>Defendant's "Motion Requesting Protective Order" | Granted. |

DATE: April 26, 2000

SALVADOR E. CASELLAS
United States District Judge


