# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

ORVILLE ROCAFORT, et al.
    Plaintiffs

       **v.**                  **Civil No. 98-1968(SEC)**

IBM CORPORATION
    Defendants

## O R D E R

| MOTION | RULING |
|---|---|
| **Docket # 22**<br>Plaintiffs' "Motion to Reconsider Order and Requesting Leave to File Opposition" | Plaintiffs' request to file an opposition is **granted**. Such opposition must be filed no later than **May 31, 2000**. Plaintiffs' request to reconsider the Court's order of April 26, 2000, will be held **in abeyance** until the Court has an opportunity to review their opposition. |

DATE: May /7, 2000

SALVADOR E. CASELLAS
United States District Judge