UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ORVILLE ROCAFORT, et al.
    Plaintiffs
        v.                Civil No. 98-1968(SEC)
IBM CORPORATION
    Defendant

**ORDER**

| MOTION | RULING |
|---|---|
| **Docket # 28**<br>Defendant's "Motion Requesting Leave to File Reply" | **Granted.** In its reply, defendant shall explain why the 1995 Audit Report is covered by the so-called "self critical analysis privilege." Defendant shall also explain why the report must be deemed covered by such privilege in its entirety, so that not only those parts containing mental impressions, but also those containing merely findings or recommendations should be protected. |
| **Docket # 27**<br>"Motion Requesting Leave to File Exhibit in the Spanish Language" | **Granted.** |
| **Docket # 26**<br>"Motion Requesting Extension of Time to File Motion for Summary Judgment" | **Granted**, until **Friday, September 15, 2000.** |
| **Docket # 25**<br>"Motion Informing Vacation" | **Granted.** |

DATE: June 21, 2000

SALVADOR E. CASELLAS
United States District Judge