# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

ORVILLE ROCAFORT, et al.
    Plaintiffs
        v.                  Civil No. 98-1968(SEC)
IBM CORPORATION
    Defendant

## ORDER

| MOTION | RULING |
|---|---|
| Docket # 32<br>"Motion Requesting Extension of Time to File Motion for Summary Judgment" | Granted. |

DATE: September 22, 2000

**SALVADOR E. CASELLAS**
United States District Judge

