# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ORVILLE ROCAFORT, et al. | * |
| Plaintiffs | * Civil No. 98-1968(SEC) |
| v. | * |
| IBM CORPORATION | * |
| Defendant | * |

**********************************

## ORDER

The Court has under advisement Plaintiff's motion to reconsider our April 27, 2000, Order. **(Docket #22).** In that Order, the Court granted Defendant's request for a protective order of certain materials. In his motion for reconsideration, Plaintiff again alleges that Defendant's Internal Audit Branch Audit Report #95-45-03, dated February 15, 1995, is not privileged and is relevant to his case, and is thus discoverable. In order for the Court to make a final determination, IBM is hereby Ordered to submit a sealed copy of the audit report for the Court's ex parte inspection. Said submission shall be made within **ten (10) days**.

**SO ORDERED.**

In San Juan, Puerto Rico, this _12_ day of February, 2001.

SALVADOR E. CASELLAS
United States District Judge


AO 72A
(Rev 8/82)

