# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
01 MAR -2 AM 9:04
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

ORVILLE ROCAFORT, et al.
Plaintiffs

v.

IBM CORPORATION
Defendant

**Civil No. 98-1968(SEC)**

## ORDER

| MOTION | RULING |
|---|---|
| **Docket #22**<br>**Motion to Reconsider Order and Requesting Leave to File Opposition** | Having reviewed IBM's internal branch audit report no. 95-45-03, the Court rules that its initial ruling should stand, with one exception. With regard to the contents of the audit, we agree with Defendant that the facts and evaluative materials it contains are irrelevant to Plaintiff's discrimination claim. Therefore, Plaintiff may not inquire about the contents of the audit report itself. Plaintiff may however, inquire about his employer's alleged knowledge that he had received a copy of the confidential report, as it might pertain to his claim of retaliation. As such, Plaintiff's motion for reconsideration is **GRANTED in part and DENIED in part.** Defendant's internal audit report **(Sealed Docket #36)**, is hereby returned to the Clerk's office for filing. |
| **Docket #30**<br>**Motion Requesting Leave to File Certified Translation** | **GRANTED.** |
| **Docket #34**<br>**Motion Requesting Status Conference** | **DENIED in light of our ruling on Docket #22.** |

DATE: March / , 2001

SALVADOR E. CASELLAS
United States District Judge

