IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ORVILLE ROCAFORT, et al. | * |
| Plaintiffs | * |
| | *   Civil No. 98-1968(SEC) |
| v. | * |
| IBM CORPORATION | * |
| Defendant | * |

**ORDER**

On March 2, 2001, the Court issued an Order concerning Defendant's internal audit report no. 95-45-03. (Docket #37). That Order ended all discovery disputes pending before the Court. While the issue of the audit report was pending, on September 13, 2000, Defendant filed a motion requesting that the Court change the deadline to file motions for summary judgment until thirty (30) days after all pending discovery issues have been resolved. (Docket #32). The Court granted Defendant's request. (Docket #33). The additional time requested by Defendant to file a summary judgment motion has now comfortably passed without the filing of a summary judgment motion. **As such, the parties' are hereby granted a period of thirty (30) days to file their Pretrial Order.**

**SO ORDERED.**

In San Juan, Puerto Rico, this 21 day of May, 2001.

SALVADOR E. CASELLAS
United States District Judge

3
AO 72A
(Rev.8/82)