UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



ORVILLE ROCAFORT, et al.
   Plaintiff
      v.
IBM CORPORATION
   Defendant

98-1968
Civil No. 98-1868(SEC)

## ORDER

| MOTION | | RULING |
|---|---|---|
| **Docket #39**<br>**MOTION REQUESTING RECONSIDERATION OF COURT'S ORDER** | 1. | **GRANTED.** After entertaining IBM's motion for reconsideration, Defendant is granted until **July 6, 2001** to file a motion for summary judgment. However, because this case was filed over 3 years ago, no extensions will be allowed. |

DATE: June 18, 2001

SALVADOR E. CASELLAS
United States District Judge

