UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ORVILLE ROCAFORT, et al.
    Plaintiffs
        v.                    Civil No. 98-1968(SEC)
IBM CORPORATION
    Defendant



### ORDER

| MOTION | RULING |
|---|---|
| **Docket #45** <br> **MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** | After reviewing Plaintiff's motion, the Court finds that their request for approximately three months to oppose a motion for summary judgment is unreasonable. This is true especially in light of the fact that discovery was scheduled to conclude on September 1, 1999. Therefore, Plaintiff's response will be due on September 17, 2001. |

DATE: July 26, 2001

SALVADOR E. CASELLAS
United States District Judge