IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Orville Rocafort, et al.
Plaintiff(s)

v.

I.B.M. Corp.
Defendant(s)

Civil No. 98-1968 (SEC)

RECEIVED & FILED
01 SEP 28 AM 7:33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

### DESCRIPTION OF MOTION

DATE FILED: 9-14-01   DOCKET #: 50   TITLE: Motion for a Short Additional Time Extension to File Opposition to Motion for Summary Judgment

[✓] Plaintiff(s)   [ ] Third Party Defendant(s)
[ ] Defendant(s)   [ ] Joint

DISPOSITION:

[✓] GRANTED   [ ] DENIED

[ ] NOTED   [ ] MOOT

### COMMENTS

26 SEP 01
DATE

SALVADOR E. CASELLAS
United States District Judge