UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ORVILLE ROCAFORT, et al.
    Plaintiffs
        v.                    Civil No. 98-1968(SEC)
IBM CORP.
    Defendant

**ORDER**

| MOTION | RULING |
|---|---|
| **Docket #52**<br>**Plaintiff's Opposition to Motion for Summary Judgment and Memorandum in Support Thereof** | **NOTED.** In response to Defendant's motion for summary judgment Plaintiff has filed a (62) sixty-two page response. Counsel is reminded of the Court's Case Management Order which states the Court will not consider motions greater than 20 pages in length, unless the filing party requests prior leave from the Court to file a motion in excess of the limit. This page limit applies to oppositions as well. **Plaintiff is Ordered to comply with the Court's order by no later than November 15, 2001.** |

DATE: October 16, 2001

SALVADOR E. CASELLAS
United States District Judge


