IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Orville Rocafort, et al.
_____
Plaintiff(s)

v.                                    Civil No. 98-1968 (SEC)

IBM Corp.
_____
Defendant(s)

RECEIVED & FILED
01 NOV 30 AM 7:23
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

### DESCRIPTION OF MOTION

DATE FILED: 11-26-01   DOCKET #: 62   TITLE: Motion Requesting Leave to File Reply

[ ] Plaintiff(s)   [ ] Third Party Defendant(s)

[✓] Defendant(s)   [ ] Joint

DISPOSITION:

[✓] GRANTED                [ ] DENIED

[ ] NOTED                  [ ] MOOT

### COMMENTS

Due 12-18-01.

_____         _____
29 XI 01                           SALVADOR E. CASELLAS
DATE                               United States District Judge