IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Orville Rocafort et al.
Plaintiff(s)

v.

I.B.M. Corp.
Defendant(s)

Civil No. 98-1968 (SEC)

RECEIVED & FILED
'01 DEC 21 AM 10: 1
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P R

| DESCRIPTION OF MOTION |
|---|

DATE FILED: 12-18-01   DOCKET #: 64   TITLE: Motion Requesting Short Additional Extension of Time to File Reply

[ ] Plaintiff(s)   [ ] Third Party Defendant(s)
[✓] Defendant(s)   [ ] Joint

DISPOSITION:
[✓] GRANTED      [ ] DENIED
[ ] NOTED        [ ] MOOT

| COMMENTS |
|---|

Due 12-28-01.

20-XII-01
DATE

s/c: Eric Quetglas Jordán
Angel De Corral Julia
y Gloria De Corral
12/27/01

SALVADOR E. CASELLAS
United States District Judge