## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ORVILLE ROCAFORT, et al. | * |
| | * |
| Plaintiff | * |
| | * Civil No. 98-1968(SEC) |
| v. | * |
| | * |
| IBM CORP. | * |
| | * |
| Defendant | * |

***********************************

### JUDGMENT

Pursuant to an Opinion and Order of even date, Plaintiff's ADA and Title VII federal causes of action are **DISMISSED WITH PREJUDICE**. Plaintiff's remaining Commonwealth of Puerto Rico supplemental claims are **DISMISSED WITHOUT PREJUDICE**. Judgment shall be entered accordingly.

**SO ORDERED.**

In San Juan, Puerto Rico, this 31st day of March, 2002.

SALVADOR E. CASELLAS
United States District Judge




AO 72A
(Rev.8/82)