IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **ORVILLE ROCAFORT, et al.** | **CIVIL NO. 98-1968 (SEC)** |
| Plaintiffs | RE: CIVIL RIGHTS |
| v. | |
| **IBM CORPORATION** | **PLAINTIFF DEMANDS TRIAL BY JURY** |
| Defendant | |

## NOTICE OF APPEAL

**TO THE HONORABLE COURT**:

**COMES NOW** the plaintiffs ORVILLE ROCAFORT, his wife FRANCES MARGARITA CARO, the LEGAL CONJUGAL PARTNERSHIP formed by them, and their son JONATHAN ROCAFORT CARO, through the undersigned attorney, and very respectfully hereby NOTIFY that they appeal to the United States Court of Appeals for the First Circuit from the final Judgment, Opinion and Order entered in this action on March 28, 2002, whereby the United States District Court for the District of Puerto Rico dismissed the Complaint.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 23rd day of April, 2002.

**I HEREBY CERTIFY**, that a true and exact copy of this Notice has been sent, on this same day, via regular mail, to: Gloria M. De Corral, Esq., DE CORRAL & DE MIER, Eleonor Roosevelt 130, San Juan, PR, 00918-3105.

ERIC QUETGLAS JORDAN
USDC-PR #202514

1

**QUETGLAS LAW OFFICES**
PO BOX 16606
SAN JUAN PR 00908-6606
TEL: (787)722-0635/(787)722-7745
FAX: (787)725-3970
E-MAIL: quetglaslaw@hotmail.com

2